# In The
# United States District Court
## For the Northern District Of Illinois, Eastern Division

| | | |
|---|---|---|
| JOHN F. TAMBURO | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| -against- | ) | **Case Number:** <u>10 C 0637</u> |
| | ) | |
| I.C. SYSTEM, INC. | ) | |
| (a corporation) | ) | **JUDGE NORGLE** |
|    *Defendant* | ) | **MAGISTRATE JUDGE MASON** |

### PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

**NOW COMES** your Plaintiff, appearing *pro se* to move this honorable court as follows:

1. This case was commenced on January 29, 2010, and the Defendant was duly served.

2. After negotiation, the parties have settled all claims in a confidential settlement agreement.

3. Defendant does not oppose this motion.

WHEREFORE, Your Plaintiff respectfully prays that this court dismiss this case with prejudice pursuant to settlement.

DATED March 23, 2010:

/s/ John F. Tamburo_____
John F. Tamburo, Plaintiff
PO Box 1656
Frankfort IL 60423
815-464-5010